IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06CV64-03-V
(5:03CR37-V)

| | |
|---|---|
| TONI GWYNETT JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court upon Petitioner's Motion to Proceed In Forma Pauperis.

A motion to vacate does not require a filing fee; therefore, in forma pauperis status is not necessary to proceed with the case.

**THEREFORE, IT IS HEREBY ORDERED** THAT Petitioner's Motion to Proceed In Forma Pauperis is **DENIED** as moot.

**SO ORDERED**.

Signed: May 25, 2006

Richard L. Voorhees
Chief United States District Judge