# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06CV64-3-V
# 5:03CR37-01-V

| | |
|---|---|
| TONI GWYNETT JONES, ) | |
| ) | |
| Petitioner, ) | |
| Vs. ) | **ORDER** |
| ) | |
| UNITED STATED OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court on its own motion. Petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence on May 22, 2006 (Document No. 1.) By Order dated May 25, 2006 this Court directed the United States Attorney to file an Answer to Petitioner's Motion to Vacate, Set Aside or Correct Sentence, detailing Petitioner's allegations and responding to each. (Document No. 4.) It has come to the Court's attention that due to a clerical error in the Clerk's Office, the United States Attorney was not served with the Court's May 25. 2006 Order. As such, the United States was not able to file a response to Petitioner's Motion to Vacate by the date set forth in this Court's May 25, 2006 Order.

**THEREFORE, IT IS HEREBY ORDERED** that

1) The Clerk make certain that the United States Attorney is served with a copy of this Order.

2) That no later than forty (40) days from the filing of this Order, the United States Attorney shall file an Answer to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, detailing Petitioner's allegations and responding to each.

1

**SO ORDERED**.

Signed: July 18, 2006

Richard L. Voorhees
United States District Judge