# United States District Court
## For The Western District of North Carolina
## Statesville Division

TONI GWYNETT JONES,

      Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:06CV64-3-V

UNITED STATES OF AMERICA,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 11, 2008, Order.

                                                  Signed: February 11, 2008

                                                  Frank G. Johns, Clerk
                                                  United States District Court